FILED ·

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA** 24  PM 1: 44

For T Myer _____ Division

## CIVIL RIGHTS COMPLAINT FORM

Isaac Brown _____

CASE NUMBER: 2:23-cv-00282-SPC-NPM
(To be supplied by Clerk's Office)

_____

(Enter <u>full name</u> of each <u>Plaintiff</u> and prison
number, if applicable)

v.

Municipality of Jax Sheriff Office &
Police Dept & Dept of Children & Family
Services & Fla. civil Commitment Center
in Arcadia, Fla

(Enter <u>full name</u> of each <u>Defendant</u>. If
additional space is required, use the blank
area directly to the right).

_____ /

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.    PLACE OF PRESENT CONFINEMENT: Fla. civil Commitment
      (Indicate the name and location)
      Center 13619 S.E. Highway 70 Arcadia, Fla 34266

II.   DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN
      THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( ) No (✓)

      [If your answer is YES, after reviewing the exhaustion requirements, answer the following
      questions]

DC 225 (Rev. 9/03)                                          1

[**SPECIAL NOTE:** To begin the <u>in forma pauperis</u> process, you must first execute the attached Affidavit of Indigency, setting forth information that establishes your financial status. You are required to answer every question on the Affidavit, have it properly notarized, and ensure that an authorized official at the institution completes the Affidavit Certificate. <u>You must also provide the court with a certified copy of your prison account statement containing all transactions in your prisoner account for the six (6) months preceding the filing of the complaint</u>].

[**SPECIAL NOTE:** Notwithstanding the above, the party or parties seeking leave to proceed <u>in forma pauperis</u> may be required to pay, as a condition to allowing the case to proceed <u>in forma pauperis</u>, a stated portion of the Clerk's and/or Marshal's fees.]

(10)    In forma pauperis status does not entitle you to free copies of pleadings, motions, orders, or docket reports. The cost is 50 cents per page.

(11)    After completing the Complaint and Affidavit of Indigency, <u>mail the original Complaint, and one copy of the Complaint for each named defendant, along with the original Affidavit(s) of Indigency, to the Clerk's Office using the address in number 7 above.</u> All copies of the Complaint must be identical to the original. You should also retain one copy of the complaint and all future pleadings and motions filed with the court for your personal records.

(12)    You must immediately advise the Court of any change of address and entitle the document "Notice to the Court of Change of Address." This notice shall contain the address change and the effective date. <u>**FAILURE TO DO SO COULD RESULT IN THE DISMISSAL OF YOUR ACTION.**</u>

(13)    <u>**The Complaint and the Affidavit of Indigency or the filing fee should be submitted together. Further, after receiving notice from the Clerk's Office of your case number, you must include the case number on all checks submitted for payment of filing fees and on all filings.**</u>

(14)    Parties should not correspond with the Court in letter form. Instead, the parties should file a pleading or motion with a title that briefly summarizes the content of the pleading or motion. Any correspondence addressed directly to a District Judge or Magistrate Judge will be stricken and returned.

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

     1.  Informal Grievance (Form DC3-005)
     2.  Formal Grievance (Form DC1-303)
     3.  Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A.    Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

     1.  Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No ( )

     2.  If so, you must attach a copy of the grievance and response to this Complaint form.

     3.  Were you denied emergency status? Yes ( ) No ( )

          a.  If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No ( )

          b.  If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B.    Informal Grievance (Request for Interview)

      1.   Did you submit an informal grievance (Form DC3-005)? Yes (  ) No (  )

      2.   If so, you must attach a copy of the grievance and response to this Complaint form.

C.    <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

      1.   Did you have a disciplinary hearing concerning this matter? Yes (  ) No (  )

      2.   If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

      3.   Did you submit a formal grievance (Form DC1-303)? Yes (  ) No (  )

      4.   If so, you must attach a copy of the grievance and response to this Complaint form.

D.    <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

      1.   Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes (  ) No (  )

      2.   If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _____ day of _____, 2 _____.


_____

Signature of Plaintiff

III.  **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes (  ) No ( ✓ )

If your answer is YES, answer the following questions.

A.  Is there a grievance procedure at your institution or jail? Yes (  ) No (  )

B.  Did you present the facts relating to your Complaint in the grievance procedure? Yes (  ) No (  )

C.  If your answer is YES:

   1.  What steps did you take? _____

   _____

   2.  What were the results? _____

   _____

   3.  To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D.  If your answer is NO, explain why not: _____

   _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _____ day of _____, 2 _____.

_____
Signature of Plaintiff

IV.    PREVIOUS LAWSUITS:

    A.   Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (  ) No (  )

    B.   Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (  ) No (  )

    C.   If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

        1.   Parties to previous lawsuit:

              Plaintiff(s): _____

              _____

              Defendant(s): _____

              _____

        2.   Court (if federal court, name the district; if state court, name the county):

              _____

        3.   Docket Number: _____

        4.   Name of judge: _____

        5.   Briefly describe the facts and basis of the lawsuit: _____

              _____

              _____

        6.   Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

              _____

              _____

        7.   Approximate filing date: _____

        8.   Approximate disposition date: _____

    D.   Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

IV.    PREVIOUS LAWSUITS:

A.    Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

B.    Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (✓) No ( )

C.    If your answer to either A or B is YES, describe each lawsuit in the space provided below.  If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

    1.    Parties to previous lawsuit:

        Plaintiff(s): Isaac Brown

        Defendant(s): Municipality of Jax Sheriff Office & Police Dept

    2.    Court (if federal court, name the district; if state court, name the county): U.S.D.C. (Middle District)

    3.    Docket Number: N/A

    4.    Name of judge: N/A

    5.    Briefly describe the facts and basis of the lawsuit: False arrest and imprisonment

    6.    Disposition (Was the case dismissed?  Was it appealed?  Is it still pending?): Dismissed without prejudice

    7.    Approximate filing date: April 15, 2015

    8.    Approximate disposition date: April 28, 2015

D.    Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted?  If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

Stocks, bonds, or notes:    $_____

Other sources:    $_____

3.  Obligations:

    a.  Monthly rental on house or apartment:    $_____

    b.  Monthly mortgage payments on house:    $_____

4.  Other information pertinent to affiant's financial debts and obligations:

| _____ | _____ | _____ |
| (Creditor) | (Total Debt) | (Monthly Payment) |
| _____ | _____ | _____ |
| (Creditor) | (Total Debt) | (Monthly Payment) |
| _____ | _____ | _____ |
| (Creditor) | (Total Debt) | (Monthly Payment) |

Other (explain): _____

_____

## VII.   FOR PRISONER AFFIANTS ONLY:

1.  Date(s) of incarceration: _____

2.  Estimated release or parole date: _____

3.  A copy of the prisoner's account statement containing all transactions in affiant's prisoner account **for the six (6) months immediately preceding the filing of the Complaint or Petition** must **accompany this Affidavit.** The account statement must be obtained from an authorized official of each prison at which the prisoner is or was confined during this period of time. The account statement must be in the form of a computer printout or bank ledger card prepared by the institution or an account statement prepared by an authorized officer of the institution. **Failure to provide this account statement may result in the dismissal of this action.**

The requirement to submit the account statement does not negate the prisoner affiant's responsibility to ensure that the **Affidavit Certificate** found on page 7 of this Affidavit of Indigency is also properly executed and filed.

_____

_____

_____

_____

V.    <u>PARTIES</u>:  In part A of this section, indicate your <u>full name</u> in the first blank and your full mailing address in the second blank.  Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.  Name of Plaintiff:  Isaac Browno

Mailing address:  Fla. Civil Commitment Center
13619 S.E. Highway 70 Arcadia, Fla 34266

B.  Additional Plaintiffs: _____

_____

In part C of this section, indicate the **full name** of the first named Defendant.  Also, fill in his or her mailing address, position, and where he or she is employed.  For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.  Defendant:  Trevor Hall

Mailing Address:  330 E. Bay St, Jax, Fla 32202

Position:  Former Police Officers

Employed at:  Jax Sheriff Office & Police Dept

D.  Defendant:  Brian Albert

Mailing Address:  330 E. Bay St, Jax, Fla 32202

Former Police Officers

Position:

Employed at:  Jax Sheriff Office & Police Dept

E.  Defendant: _____

    Mailing Address: _____

    _____

    Position: _____

    Employed at: _____

F.  Defendant: _____

    Mailing Address: _____

    _____

    Position: _____

    Employed at: _____

G.  Defendant: _____

    Mailing Address: _____

    _____

    Position: _____

    Employed at: _____

VI.  <u>STATEMENT OF CLAIM</u>:  State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific.  If you intend to allege a number of related claims, set forth each claim in a separate paragraph.  Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

Racial Discrimination Complaint, under 42 U.S.C.A. 1981 & 2000 (A)

VII.  <u>STATEMENT OF FACTS</u>:  State as briefly as possible the FACTS of your case. Describe how each defendant was involved.  **Do not make any legal arguments or cite any cases or statutes.**  State with as much specificity as possible the facts in the following manner:

1.  Name and position of person(s) involved.
2.  Date(s).
3.  Place(s).
4.  Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.  Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

The Jax Sheriff Office & Police Dept, authorization, policy and practice to conduct a city-wide reversed sting operation known as (buy bust) in this community to deterrent street-level drugs dealers from selling crack cocaine, by use of confidential informant and undercover police officers, to meet a quote of percentage of drugs arrest among low-income and unemployed black citizen, is based upon racial profiling and discriminatory raced based agenda, to used inducement and manipulated tactic against black citizen, to engaged into a crack cocaine drug

Statement of Facts, continued:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

DC 225 (Rev. 9/03)                    9

transaction and then subject them to arrest and malicious prosecution because of their race.

Plaintiff, <u>Isaac Brown</u>, seek to certify a class of African American citizen, who sought for the purpose of injunctive relief only, who was a victim by inducement and manipulated tactic, to engaged into a crack cocaine drugs transaction by all white reversed sting operation known as (buy bust) and then subject to arrest and malicious prosecution because of their race.

## <u>ALLEGATION</u>

This is a racial discrimination complaint under 42 U.S.C. 1981 & 2000 (A) directed at the <u>Jax Sheriff Office & Police Dept</u>, authorization, policy and practice to conduct a reversed sting operation known as (buy bust) that target plaintiff, who was a law-abiding citizen as a "drug dealers" because of his race and used inducement and manipulated tactic to engaged him into a crack cocaine drugs transaction, because he was standing in front of convenience store (food mart) on Dunns Ave & Leo turner, minding his own business, when he was approach by older white guy (confidential informant) who was the "middle man" and initiated the contact through (audio) to have plaintiff set-up and engaged into a crack cocaine drugs transaction, and be busted and arrested by the undercover reversed sting operation

(10)

which was based upon racial profiling and discrimi-
atory racial based agenda, to target low-income and
unemployed black citizen, to engaged in crack cocaine
transaction, and then subject to arrest and malicious
prosecution because of their race.

## DUVAL COUNTY JAIL

However Plaintiff contends, during the period he was
arrested and detained in the duval county jail, was
a very dramatic experience where he encountered
several other similar situated black defendant, who
was subject to the same inducement and manipulated
tactic to engaged into a crack cocaine drugs transaction
by all white reversed sting operation, and then subject
to arrest and malicious prosecution because of their
race.

However, Plaintiff contends, during the period he was
arrested and detained in the duval county jail, the
jail was very over-crowded with drugs dealers and
black defendant for selling crack cocaine, and he estim-
ate the number to be in the thousand of black citizen
across the city of jacksonville, that was subject to arrest
and malicious prosecution because of their race.

VIII. Relief Requested: State briefly what you want the court to do for you. Again do not make any legal argument or cite any cases or statutes.

Plaintiff is seeking injunctive relief for monetary damages in the amount of 160,000 dollars.

I Declare Under Penalty Perjury, that the foregoing is true and correct.

Signed this 18 day of April, 2023.

Signatures of Plaintiff

(12)